FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JENNIFER R.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 1:17-CV-3179-JTR

ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 18. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Leisa A. Wolf represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7. After considering the file and proposed order, **IT IS ORDERED:**

    1.    The parties' Stipulated Motion for Remand, **ECF No. 18**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the administrative law judge (ALJ) shall hold a *de novo* hearing, update the medical records, and issue a new decision. The ALJ shall: (1) reevaluate Plaintiff's earnings during the closed period at issue, clarifying which

earnings represent earnings from employment and which earnings represent income from private disability insurance; (2) reevaluate the medical opinions of record and further develop the record, as needed; (3) reevaluate the severity of Plaintiff's impairments, including obesity; (4) further evaluate Plaintiff's symptoms; (5) further evaluate whether Plaintiff meets or equals a listing, including Listing 1.02; (6) obtain evidence from a medical expert, as needed and available; and (7) reevaluate Plaintiff's residual functional capacity and obtain vocational evidence to reevaluate steps four and five of the sequential evaluation process, obtaining supplemental vocational expert testimony, if necessary. The ALJ may take any other actions necessary to develop the record, and Plaintiff may submit additional evidence and present additional argument.

    2.    **Judgment shall be entered for PLAINTIFF**.

    3.    Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **STRICKEN AS MOOT**.

    4.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED June 5, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE